UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEWIS ET AL.                                              CIVIL ACTION

VERSUS                                                    NO: 07-2658

STATE FARM INSURANCE ET AL.                               SECTION: R (1)

### ORDER AND REASONS

Before the Court is defendant State Farm's motion to dismiss with prejudice plaintiffs' claims pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiffs have not filed an opposition to the motion.  For the following reasons, the Court GRANTS IN PART and DENIES IN PART defendant's motion.

Pro se plaintiffs Clinton and Sandra Lewis sued State Farm, their homeowner's insurer, in state court on January 16, 2007.[1] Plaintiffs allege that State Farm breached its insurance contract with them by either failing to act on plaintiff's insurance claim

---

[1] Although defendant indicates in its motion to dismiss that plaintiffs are now represented by counsel, no counsel has filed a notice of appearance on behalf of plaintiffs in this case.

or wrongfully denying their claim.  Plaintiffs further seek penalties, damages, and attorneys' fees pursuant to La. Rev. Statute §§ 22:658 and 22:1220. (R. Doc. 1-2).  State Farm removed the case to this Court on April 25, 2007. (R. Doc. 1).

On July 26, 2007, State Farm filed a motion to compel discovery responses from plaintiffs.  On September 13, 2007, the Magistrate Judge granted in part and denied in part the motion, which was unopposed by plaintiffs. (R. Doc. 18).  The Magistrate Judge further ordered the plaintiffs to respond to State Farm's discovery requests by October 5, 2007, and warned them that failure to comply with the order could result in "a recommendation ... that the case be dismissed for failure to prosecute." (*Id.* at 2).  According to defendants, plaintiffs have still not responded to their discovery requests.

Rule 41(b) of the Federal Rules of Civil Procedure provides that a court may, in its discretion, dismiss a plaintiff's claim for failure to prosecute or to comply with any order of the court.  In interpreting Rule 41(b), the Fifth Circuit has noted that "[a] dismissal with prejudice 'is an extreme sanction that deprives the litigant of the opportunity to pursue his claim.'" *Berry v. Cigna/RSI-Cigna*, 975 F.2d 1188, 1191 (5th Cir. 1992) (quoting *Callip v. Harris County Child Welfare Department*, 757 F.2d 1513, 1519 (5th Cir. 1985)).  The Fifth Circuit noted that

dismissal with prejudice for failure to prosecute is appropriate only when "(1) there is a clear record of delay or contumacious conduct by the plaintiff, and (2) the district court has expressly determined that lesser sanctions would not prompt diligent prosecution [or would prove] futile." *Id.*

In this case, the Court finds that dismissal pursuant to Rule 41(b) is appropriate because plaintiffs have not complied with the Court's order to respond to defendant's requests for discovery and plaintiffs have not opposed defendant's last three motions, including a motion for sanctions and the motion to dismiss currently before the Court.  In *Wright v. Robinson*, 113 Fed. Appx. 12 (5th Cir. 2004), the Fifth Circuit affirmed a similar dismissal of a plaintiff's case for failure to prosecute and failure to obey the magistrate's order that she respond to discovery requests.  Because plaintiffs are without counsel they are responsible for the prosecution of their case.  The Court finds that plaintiffs have not shown an interest in prosecuting their claims.  The Court does not find, however, that there is the "clear record of delay" or "contumacious conduct" necessary to support a dismissal with prejudice. *See, e.g., Berry*, 975 F.2d at 1192 n.6 ("Generally, where a plaintiff has failed only to comply with a few court orders or rules, we have held that the district court abused its discretion in dismissing the suit with

prejudice."). Accordingly, plaintiff's claims against State Farm are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 29th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE